UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT EHRLICH, SALVATORE REALE,
and GARY PRUSINSKI, on behalf of
themselves and others similarly
situated in the state of Florida,

      Plaintiffs,

v.                                                           Case No.  8:16-cv-3532-T-24 TGW

RICH PRODUCTS CORPORATION,

      Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Consent Motion for an Order Permitting Court Supervised Notice to Employees in Florida of their Opt-In Rights.  (Doc. No. 35).  Upon review, and noting that the Motion is unopposed, the motion is **GRANTED**, and the Court orders the following:

(1)    By June 15, 2017, Defendant Rich Products Corporation will produce to Plaintiffs' counsel the names, last known addresses and telephone numbers, and dates of employment of the putative class members to enable notice to be issued to all individual putative class members.

(2)    Plaintiffs; counsel is authorized to mail the Revised Proposed Notice to the putative class members in accordance with the terms set forth in the Revised Notice. The Revised Notices must be mailed within 14 days of Plaintiffs' counsel receiving from Defendant the list of putative opt-ins.

(3)    The Consent to Join Collective Action forms of the opt-in plaintiffs must be filed with the Court no later than 75 days after the date the Revised Notices are mailed.

2

**DONE AND ORDERED** at Tampa, Florida, this 1st day of June, 2017.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record

2